**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: BEYER, DWAYNE F.          § | Case No. 10-74770 |
|       BEYER, VICKIE J.          § | |
|                                 § | |
| Debtor(s)                        § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    211 South Court Street
    Room 110
    Rockford, IL  61101

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/14/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____     By: ___/s/ STEPHEN G. BALSLEY_____
                                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BEYER, DWAYNE F. § Case No. 10-74770
BEYER, VICKIE J. §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 325,055.00

*and approved disbursements of* $ 149,075.43

*leaving a balance on hand of* [1] $ 175,979.57

**Balance on hand:** $ 175,979.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Peoples Bank & Trust | 21,066.31 | 0.00 | 0.00 | 0.00 |
| 3 | Fifth Third Bank | 5,654.13 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 175,979.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 10,377.67 | 0.00 | 10,377.67 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 4,295.00 | 0.00 | 4,295.00 |

Total to be paid for chapter 7 administration expenses: $ 14,672.67
Remaining balance: $ 161,306.90

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $   161,306.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $   161,306.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,545.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 5,454.54 | 0.00 | 5,454.54 |
| 4 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 4 -2 | Portfolio Recovery Associates, LLC | 12,091.27 | 0.00 | 12,091.27 |

Total to be paid for timely general unsecured claims:  $    17,545.81
Remaining balance:  $   143,761.09

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $   143,761.09

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $   143,761.09

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $64.30.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 143,696.79.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 10-74770-MB
Dwayne F. Beyer                                                  Chapter 7
Vickie J. Beyer
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-3         User: kkrystave           Page 1 of 2          Date Rcvd: Feb 13, 2012
                             Form ID: pdf006           Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2012.
```
db/jdb       +Dwayne F. Beyer,    Vickie J. Beyer,    211 W. Sycamore,   Sycamore, IL 60178-1442
16185130     +Beneficial%Freedman Anselmo, Lindberg,   P.O. Box 3228,    Napervile, IL 60566-3228
16185127     +Beyer Dwayne F,    211 W Sycamore,   Sycamore, IL 60178-1442
16185128     +Beyer Vickie J,    211 W Sycamore,   Sycamore, IL 60178-1442
16185131     +Care Credot/GE Money,    P.O. Box 960061,   Orlando, FL 32896-0061
16185129     +Charles L Fierz,    134 W State St,   Sycamore, IL 60178-1471
16185132     +Chase Auto Finance,    P.O. Box 9001801,   Louisville, KY 40290-1801
16703954      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16185133     +Chase Credit Card,    P.O. Box 15153,   Wilmington, DE 19886-5153
17061751     +Fifth Third Bank,    PO BOX 829009,   Dallas, TX 75382-9009
16185134     +Fifth Third Bank,    2707 Sycamore Road,   DeKalb, IL 60115-9206
16185135     +HSBC Credit,    P.O. Box 5253,   Carol Stream, IL 60197-5253
16185136      Menards/HSNC Retail Services,    P.O. Box 17602,   Baltimore, MD 21297-1602
17084994    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Beneficial,   POB 41067,
               Norfolk VA 23541)
16239742     +Peoples Bank & Trust,    P.O. Box 350,   Pana, IL 62557-0350
16185137     +Peoples Bank & Trust,    David R Fines PC,   402 East Market Street,   Taylorville IL 62568-2629
16185138      Wells Farg0 Home Mortgage,    3476 State View Blvd.,   Fort Mill, SC 29715-7200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16287001      E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2012 06:08:11     GE Money Bank,
              c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
              Miami FL 33131-1605
                                                                                            TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave            Page 2 of 2             Date Rcvd: Feb 13, 2012
                              Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2012 at the address(es) listed below:
          Charles L. Fierz   on behalf of Debtor Dwayne Beyer cfierz@comcast.net
          K. O. Johnson   on behalf of Debtor Dwayne Beyer office60115@aol.com, johnsonkoj@aol.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley   sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley   on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
          TOTAL: 5