**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: BEYER, DWAYNE F. § Case No. 10-74770
       BEYER, VICKIE J. §
        §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $247,000.00 *(without deducting any secured claims)* | Assets Exempt: $36,800.00 |
| Total Distribution to Claimants: $17,610.11 | Claims Discharged Without Payment: $12,016.00 |
| Total Expenses of Administration: $124,888.24 | |

    3) Total gross receipts of $ 325,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 182,501.65 (see **Exhibit 2**), yielded net receipts of $142,498.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $222,180.00 | $26,720.44 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 124,888.24 | 124,888.24 | 124,888.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,903.00 | 29,701.38 | 17,610.11 | 17,610.11 |
| **TOTAL DISBURSEMENTS** | $252,083.00 | $181,310.06 | $142,498.35 | $142,498.35 |

4) This case was originally filed under Chapter 7 on September 26, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2012          By: /s/STEPHEN G. BALSLEY
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case - September 19, 2007 | 1242-000 | 325,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$325,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Karchmar & Stone | Blue Cross/Blue Shield Medical Lien | 8500-002 | 20,804.86 |
| Dwayne F. Beyer | Debtor's personal injury exemption | 8100-002 | 18,000.00 |
| BEYER, DWAYNE F. | Dividend paid 100.00% on $143,696.79; Claim# SURPLUS; Filed: $143,696.79; Reference: | 8200-000 | 143,696.79 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$182,501.65** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Peoples Bank & Trust | 4110-000 | 19,000.00 | 21,066.31 | 0.00 | 0.00 |
| 3 | Fifth Third Bank | 4110-000 | 7,000.00 | 5,654.13 | 0.00 | 0.00 |
| NOTFILED | Chase Auto Finance | 4110-000 | 14,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Farg0 Home Mortgage | 4110-000 | 182,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$222,180.00** | **$26,720.44** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 10,377.67 | 10,377.67 | 10,377.67 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 4,295.00 | 4,295.00 | 4,295.00 |
| Karchmar & Stone | 3210-600 | N/A | 108,333.33 | 108,333.33 | 108,333.33 |
| Karchmar & Stone | 3220-610 | N/A | 1,439.44 | 1,439.44 | 1,439.44 |
| Karchmar & Stone | 3220-610 | N/A | 55.00 | 55.00 | 55.00 |
| Karchmar & Stone | 3220-000 | N/A | -55.00 | -55.00 | -55.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.93 | 39.93 | 39.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 402.87 | 402.87 | 402.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $124,888.24 | $124,888.24 | $124,888.24 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | 5,036.00 | 5,454.54 | 5,454.54 | 5,454.54 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 19.99 | 19.99 | 19.99 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 12,091.27 | 0.00 | 0.00 |
| 4 -2 | Portfolio Recovery Associates, LLC | 7100-000 | 12,851.00 | 12,091.27 | 12,091.27 | 12,091.27 |
| 4I-2 | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 44.31 | 44.31 | 44.31 |
| NOTFILED | HSBC Credit | 7100-000 | 4,499.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards/HSNC Retail Services | 7100-000 | 4,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Care Credot/GE Money | 7100-000 | 3,232.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$29,903.00** | **$29,701.38** | **$17,610.11** | **$17,610.11** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74770  
**Case Name:** BEYER, DWAYNE F.  
BEYER, VICKIE J.  
**Period Ending:** 06/19/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/26/10 (f)  
**§341(a) Meeting Date:** 11/01/10  
**Claims Bar Date:** 04/07/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | House at 211 W. Sycamore, Sycamore, | 192,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank Account at The National Bank & Trust Co. ac | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Furniture audio, video, and computer | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothes | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2003 Durango | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2005 Ford Focus | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | F150 Ford pickup | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Jeep Grand Cherokee | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Land in Pana, IL | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Personal Injury Case - September 19, 2007 (u)  See Order to Compromise Controversy entered November 16, 2011. | 50,000.00 | 2,000.00 | | 325,000.00 | FA |
| 10 | Assets  Totals (Excluding unknown values) | **$297,000.00** | **$2,000.00** | | **$325,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 1, 2012    **Current Projected Date Of Final Report (TFR):**   February 1, 2012 (Actual)

Printed: 06/19/2012 10:41 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-74770 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BEYER, DWAYNE F. | | Bank Name: | The Bank of New York Mellon |
| | BEYER, VICKIE J. | | Account: | 9200-******51-66 - Checking Account |
| Taxpayer ID #: | **-***3750 | | Blanket Bond: | $296,000.00 (per case limit) |
| Period Ending: | 06/19/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/11 | | Karchmar & Stone | Personal Injury Settlement Proceeds | | 194,367.37 | | 194,367.37 |
| | {10} | | Personal Injury Settlement Amount  325,000.00 | 1242-000 | | | 194,367.37 |
| | | | Attorney Gary Stone - Special Counsel Fees  -108,333.33 | 3210-600 | | | 194,367.37 |
| | | | Attorney Gary Stone - Special Counsel Expenses  -1,439.44 | 3220-610 | | | 194,367.37 |
| | | | Blue Cross/Blue Shield Medical Lien  -20,804.86 | 8500-002 | | | 194,367.37 |
| | | | Attorney Gary Stone - Special Counsel Expense (Add'l; to be reimbursed)  -55.00 | 3220-610 | | | 194,367.37 |
| 01/02/12 | | Karchmar & Stone | Reimbursement of add'l expense | 3220-000 | | -55.00 | 194,422.37 |
| 01/03/12 | 101 | Dwayne F. Beyer | Debtor's personal injury exemption | 8100-002 | | 18,000.00 | 176,422.37 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.93 | 176,382.44 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 402.87 | 175,979.57 |
| 03/14/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $4,295.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,295.00 | 171,684.57 |
| 03/14/12 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $10,377.67, Trustee Compensation; Reference: | 2100-000 | | 10,377.67 | 161,306.90 |
| 03/14/12 | 104 | Chase Bank USA, N.A. | Dividend paid 100.00% on $5,454.54; Claim# 2; Filed: $5,454.54; Reference: | 7100-000 | | 5,454.54 | 155,852.36 |
| 03/14/12 | 105 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $12,091.27; Claim# 4 -2; Filed: $12,091.27; Reference: | 7100-000 | | 12,091.27 | 143,761.09 |
| 03/14/12 | 106 | Chase Bank USA, N.A. | Dividend paid 100.00% on $19.99; Claim# 2I; Filed: $19.99; Reference: | 7990-000 | | 19.99 | 143,741.10 |
| 03/14/12 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $44.31; Claim# 4I-2; Filed: $44.31; Reference: | 7990-000 | | 44.31 | 143,696.79 |
| 03/14/12 | 108 | BEYER, DWAYNE F. | Dividend paid 100.00% on $143,696.79; Claim# SURPLUS; Filed: $143,696.79; Reference: | 8200-000 | | 143,696.79 | 0.00 |
| | | | ACCOUNT TOTALS | | 194,367.37 | 194,367.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 194,367.37 | 194,367.37 | |
| | | | Less: Payments to Debtors | | | 161,696.79 | |
| | | | NET Receipts / Disbursements | | $194,367.37 | $32,670.58 | |

{} Asset reference(s)                                                                                                      Printed: 06/19/2012 10:41 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-74770 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | BEYER, DWAYNE F. | | **Bank Name:** | The Bank of New York Mellon |
| | BEYER, VICKIE J. | | **Account:** | 9200-******51-66 - Checking Account |
| **Taxpayer ID #:** | **-***3750 | | **Blanket Bond:** | $296,000.00   (per case limit) |
| **Period Ending:** | 06/19/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| | | | **Checking # 9200-******51-66** | 194,367.37 | 32,670.58 | 0.00 |
| | | | | $194,367.37 | $32,670.58 | $0.00 |